UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| JOSHUA DUNFEE,<br>        Plaintiff,<br><br>v.<br><br>DR. BARRY, et al.<br>        Defendants. | CIVIL ACTION<br>NO. 17-40108-DHH |

## ORDER

**January 3, 2018**

Hennessy, M.J.

On November 27, 2017, Defendants filed a motion to dismiss *pro se* incarcerated Plaintiff Joshua Dunfee's complaint in its entirety. (Docket #12). Dunfee has failed to file a response to the motion in the time allotted under the Local Rules. See L.R., D. Mass. 7.1(b)(2). If Dunfee wishes to be heard on the matter he must file a response to the pending motion by **February 15, 2018**. The court will not entertain any response filed after that date.

                                                          /S/ David H. Hennessy
                                                          David H. Hennessy
                                                          UNITED STATES MAGISTRATE JUDGE